UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

A LATE 12TH CENTURY KHMER SANDSTONE
SCULPTURE DEPICTING STANDING
PRAJNAPARAMITA,

A 7th TO 8th CENTURY KHMER SANDSTONE
SCULPTURE DEPICTING STANDING SURYA,

AN IRON AGE DONG SON BRONZE BELL,

A 17th TO 18th CENTURY SANDSTONE LINTEL
DEPICTING THE SLEEP OF VISHNU AND
BIRTH OF BRAHMA,

        Defendants in Rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JUDGMENT OF FORFEITURE**

21 Civ. 9217 (PKC)

        WHEREAS, on or about November 8, 2021, the United States commenced an *in-rem* forfeiture action seeking to forfeit the Defendants in Rem pursuant to (i) Title 19, United Stated Code, Section 1595a(c) as stolen property introduced into the United States contrary to law; (ii) Title 18, United Stated Code, Section 545 as merchandise which has knowingly been brought into the United States contrary to law; and Title 18, United Stated Code, Section 981(a)(1)(C) as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United Stated Code, Section 2314;

        WHEREAS, notice of the Verified Complaint against the Defendants in Rem was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on November 16, 2021, through December 15, 2021, and proof of such publication

2

was filed with the Clerk of this Court on February 23, 2022 (D.E. 6);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants in Rem and the intent of the United States to forfeit and dispose of the Defendants in Rem, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants in Rem, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about January 11, 2021, the Government sent direct notice of the Verified Complaint via electronic mail to an attorney for the prior owner of the Defendants in Rem (the "Noticed Party"); and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants in Rem shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Defendants in Rem according to law.

3. The Clerk shall close the case.

Dated: New York, New York
 March 1, 2022

SO ORDERED:

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

3